**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1143**

ADOL T. OWEN-WILLIAMS, JR.,

             Plaintiff — Appellant,

       v.

CITY OF GAITHERSBURG, INCORPORATED,

             Defendant — Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:10-cv-00185-PJM)

Submitted:  June 16, 2011            Decided:  June 20, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Adol T. Owen-Williams, Jr., Appellant Pro Se.  Russell A. Gray,
Kevin Bock Karpinski, KARPINSKI, COLARESI & KARP, PA, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adol T. Owen-Williams, Jr., seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Owen-Williams v. City of Gaithersburg, Inc., No. 8:10-cv-00185-PJM (D. Md. Jan. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2